UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

DEREK SARGEANT,

                                                      Plaintiff,

-against-

THE CITY OF NEW YORK, Rhett Barrett (SHIELD NO. 27416), Matthew Woods, (SHIELD NO. 21755), JOHN DOE 1-6 (representing an unidentified police officers),

                                                      Defendants.

------------------------------------------------------------------------ x

**STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE**

09 CV 3413 (CBA)(JO)

        **WHEREAS,** plaintiff commenced this action by filing a complaint on or about August 6, 2009, alleging that certain of his federal and state rights were violated; and

        **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

        **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

        1.    The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

        2.    Defendant City of New York hereby agrees to pay plaintiff DEREK SARGEANT, the sum of **FIFTEEN THOUSAND DOLLARS ($15,000.00)** in full satisfaction of all claims made against the defendants, including claims for costs, expenses, and attorney fees. In consideration for the payment of this sum, plaintiff agrees to the dismissal of all the claims

against the named defendants, CITY OF NEW YORK, RHETT BARRETT, and MATTHEW WOODS, with prejudice, and to release all defendants, and any present or former employees or agents of the City of New York, or any agency thereof, including, but not limited to, the New York City Police Department, from any and all liability, claims, or rights of action under state or federal law arising from and contained in the complaint in this action, including claims for costs, expenses and attorney fees.

      3. Plaintiff shall execute and deliver to the defendant's attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph "2" above and a Plaintiff's Affidavit of Status of Liens.

      4. Nothing contained herein shall be deemed to be an admission by any of the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

      5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or the New York City Police Department.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
_____, 20\_\_

| | |
|---|---|
| Law Office of Robert Marinelli<br>*Attorneys for Plaintiff*<br>305 Broadway, 14th Floor<br>New York, New York 10007<br>(212) 822-1427 | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendant City of New York*<br>100 Church Street, Room 3-195<br>New York, New York 10007<br>(212) 788-0422 |
| By: _____<br>    Robert Marinelli (RM 4242)<br>    *Attorney for Plaintiff* | By: _____<br>    Morgan D. Kunz (MK2938)<br>    *Assistant Corporation Counsel* |

SO ORDERED:

_____
CAROL B. AMON, U.S.D.J.